# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  <br> Plaintiff(s),  <br> vs.  <br> Catalino Pineda,  <br> Defendant(s). | NO. CR 09-2542-FRZ-CRP  <br> ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statements (Doc.36).

On June 10, 2010, Magistrate Judge Charles R. Pyle conducted a hearing and on July 19, 2010 issued his Report and Recommendation. (Doc. 64) A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress Statements is GRANTED.

DATED this 2nd day of August, 2010.

CNSL (Laber)
AUSA (Craig)

FRANK R. ZAPATA
United States District Judge